## GEISE *vs.* RAGAN.

Where G. sued R., alleging that he had turned over to R. his interest in certain goods, formerly owned by G. & R. as a firm, and that R., in consideration of this, agreed to pay the debts of the firm of G. & R., which he had failed to do; but did not allege that R. promised to pay them at any particular time; or that a reasonable time had elapsed to have allowed him to do so, the declaration was properly dismissed on demurrer.

June 1, 1888.

Partnership. Pleadings. Before Judge JOHN T. CLARKE. Terrell superior court. November term, 1887.

Reported in the decision.

HOYL & PARKS, by brief, for plaintiff.

GUERRY & GRIGGS, for defendant.

BLANDFORD, Justice.

The declaration in this case alleged that the plaintiff had turned over to the defendant his interest in a certain stock of goods, formerly owned by Geise & Ragan as a firm, and that Ragan agreed, in consideration thereof, to

pay off the debts of the firm of Geise & Ragan, which he had failed to do. It nowhere alleges that Ragan promised to pay the debts of this firm at any particular time; nor does it allege that a reasonable time had elapsed before the commencement of this action to have allowed Ragan to have done so.

Under a demurrer to this declaration, the court dismissed the action; and we think the court did right.

Judgment affirmed.